IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-CR-30059-SMY |
| | ) |
| AMAURE JEFFERSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the United States' Motion for an Order Permitting Disclosure of Grand Jury Material, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i). Upon consideration of the Government's Motion, the Court finds that the Motion should be **GRANTED**.

IT IS SO ORDERED.

Dated: May 9, 2024

_____
Staci M. Yandle
United States District Judge