IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 24-CR-30059-SMY |
| ) | |
| AMAURE JEFFERSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On December 10, 2024, this Court entered forfeiture order (Doc. 28) against the defendant Amaure Jefferson, for the following property which had been seized from the defendant:

**One Henry, model H010BG, .45-70 caliber rifle, bearing serial number FFSB08629G;**

**One Savage, model Axis II XP, 400 legend caliber rifle, bearing serial number R074924;**

**One Ruger, model Hawkeye Predator, .223 caliber rifle, bearing serial number 712-70934;**

**One IWI, model Travor TS12, 12-gauge shotgun, bearing serial number H0031140;**

**One IWI, model Travor TS12, 12-gauge shotgun, bearing serial number H0034126;**

**One Savage, model Axis II XP, 400 legend caliber rifle, bearing serial number R088880; and,**

**Any and all ammunition contained therein or seized therewith.**

The Order provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning December 12, 2024 and ending January

10, 2025. No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, pursuant to 21 U.S.C. § 853(n)(7), the Court finds that no third-party petitions were filed and that the United States of America has clear title to the above-described property subject of the Forfeiture Order filed on December 10, 2024 (Doc. 28). The United States Marshal or custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED:   March 27, 2025**

*[signature]*

**STACI M. YANDLE**
**United States District Judge**